UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ERIC NORDQUIST,**

    **Plaintiff,**

v.                                Case No. 3:20cv5800-TKW-HTC

**WILLIAM EDDINS,**
**LAWRENCE KEEFE,**
and **JOHN MILLER,**

    **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff's complaint is due to be dismissed with prejudice because it is largely incomprehensible and fails to state a plausible claim for relief against any of the named Defendants. Accordingly, it is

    **ORDERED** that:

    1.    The Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED with prejudice**, and the Clerk shall close the file.

**DONE and ORDERED** this 9th day of October, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**